ANNIE A. E. MOFFETT, Respondent, *v.* MARY S. ELMENDORF et al., Appellants.

(Submitted June 21, 1897; decided June 25, 1897.)

MOTION to amend remittitur. (See 152 N. Y. 475.)

Ordered that the remittitur be recalled and so amended as to provide that the costs awarded to one respondent be paid out of the proceeds of the sale paid into court.